UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80824-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA,

    Defendant.
_____/

## NOTICE

THIS CAUSE is before the Court *sua sponte*.

The Court hereby provides notice to all parties that the undersigned's law clerk's husband is currently the plaintiff in a pending lawsuit against the School Board of Palm Beach County, Florida. That law clerk will be screened from any substantive involvement in the above-captioned case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of May 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record