UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,<br><br>    Defendant. | Civil Action No. 9:16-cv-80824-WPD |

**PARTIES' JOINT MOTION TO APPROVE AND ENTER CONSENT DECREE**

  Plaintiff United States of America and Defendant School Board of Palm Beach County, Florida (together, the "Parties") jointly move the Court to approve and enter the attached proposed Consent Decree ("Decree") resolving the above-captioned case. After engaging in settlement discussions, the Parties have agreed to the Decree to avoid the burdens of contested litigation. The Decree, if approved and entered by the Court, resolves all of Plaintiff's claims raised in the Complaint in this action.

Date: January 12, 2017

Attorneys for Plaintiff United States of America:

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

By:

/s/ Delora L. Kennebrew
DELORA L. KENNEBREW (GA Bar No. 414320)
Chief

/s/ Sharyn Tejani
SHARYN TEJANI (DC Bar No. 456150)
Deputy Chief

/s/ Louis Whitsett
LOUIS WHITSETT (DC Bar No. 257626)
Senior Trial Attorney

/s/ Nadia Said
NADIA SAID (DC Bar No. 1016598)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Employment Litigation Section
Washington, D.C.  20530
Telephone: (202) 616-2988
Facsimile: (202) 514-1005
Email: Nadia.Said@usdoj.gov

WIFREDO A. FERRER
United States Attorney
Southern District of Florida

By:

/s/ Veronica Harrell-James
VERONICA HARRELL-JAMES (FL Bar No. 644791)
Assistant U.S. Attorney
Office of the United States Attorney
Southern District of Florida
99 N.E. 4th Street, 3rd floor
Miami, Florida 33132
Telephone: (305) 961-9327
Facsimile: (305) 530-7139
Email:  Veronica.Harrell-James@usdoj.gov

Attorneys for Defendant School Board of Palm Beach County, Florida:

JULIEANN RICO
General Counsel

By:

/s/ Jean Marie Middleton
JEAN MARIE MIDDLETON (FL Bar No. 147532)
Senior Attorney
Office of General Counsel
P.O. Box 19239
West Palm Beach, Florida
Telephone: (561) 434-8750
Facsimile: (561) 434-8105
Email: jean.middleton@palmbeachschools.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Parties' Joint Motion to Approve and Enter Consent Decree was served upon the attorney(s) of record via the Court's Case Management Electronic Case Filing System.

Date: January 12, 2017

*Attorney for Plaintiff United States*

/s/ Nadia Said
NADIA SAID
DC Bar No. 1016598
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-2988
Facsimile: (202) 514-1005
Email: Nadia.Said@usdoj.gov